# Clingman *v.* Kemp *et al.*

## Costs.

1. *Exemptions; what constitutes a debt, within the meaning of act to regulate.*—Costs adjudged in a civil suit, constitute a debt within the provisions of the " act to regulate property exempted from sale for payment of debts," approved April 23, 1873.

APPEAL from Circuit Court of Monroe.
Tried before Hon. P. O. HARPER.
Appellant having obtained a ·judgment for costs against one O'Brien, execution issued thereon, and was placed in the hands of appellee, as sheriff of Monroe county. On the return by him of the execution, endorsed " no property

found," appellant moved in the Circuit Court for judgment against him and his sureties, for his failure to make the money on the execution. It was agreed between the parties that the defendant in execution resided in the county, and that he had personal property which the sheriff could have levied on, but the value of it did not equal the amount exempted by statute, and the sheriff failed to make the levy, because he considered the property exempt. A jury having been waived, the court overruled the motion and taxed the appellant with the costs. This ruling is now assigned for error.

R. C. TORREY, for appellant.—The act of April 23, 1873, under which the exemption set up in this case is claimed, does not apply to *costs*. It exempts the property specified in it, not from sale *under execution*, but from sale for *debt*. If it had been intended to apply to costs, it would have exempted the property from sale under any final process issued by a court of competent jurisdiction.

J. W. POSEY, *contra*.

STONE, J.—The Revised Code, § 2779, declares that "the successful party in all civil actions is entitled to full costs, for which judgment must be rendered, unless in cases otherwise directed by law."

In Bump on Bankruptcy, 9th ed. 82, it is said: "If a judgment was recovered before the proceedings in bankruptcy, the costs constitute a part of the debt, and may be proved."—See *Ex parte O'Neil*, 1 B. R. 677; *Graham v. Pierson*, 6 Hill 247.

We hold that costs adjudged in a civil suit constitute a debt within the provision of section one of the act "to regulate property exempted from sale for the payment of debts," approved April 23, 1873, Pamph. Acts, 64.

Judgment affirmed.